1  PHILIP GOODHART, ESQ.
   Nevada Bar No. 5332
2  THORNDAL ARMSTRONG, PC
   600 S. Las Vegas Blvd., Suite 400
3  Las Vegas, Nevada 89101
   Tel.: (702) 366-0622
4  Fax: (702) 366-0327
   png@thorndal.com
5
   Attorneys for Defendant,
6  KEY INSURANCE COMPANY

7                       UNITED STATES DISTRICT COURT

8                             DISTRICT OF NEVADA

9  APRIL RECKLING, an individual and as
   assignee of GINO GIAMMANCO,
10                                                    Case No. 2:25-cv-00161
11            Plaintiff,
                                                      **ORDER GRANTING JOINT STATUS**
12 vs.                                                **REPORT RE: STAY**

13 KEY INSURANCE COMPANY, a foreign
   corporation,
14
              Defendants.
15

16     Pursuant to this Court's Minute Order of June 24, 2025 (Doc. #18), counsel for Defendant

17 KEY INSURANCE COMPANY, Philip Goodhart, Esq. of THORNDAL ARMSTRONG, PC

18 and counsel for Plaintiff APRIL RECKLING, Sean D. Cooney, Esq. of COONEY FORBRUSH

19 PLLC and Jason Lather, Esq. of LATHER LAW, have met and conferred concerning how to

20 proceed with Plaintiff's claims. During that conversation, Plaintiff's counsel indicated that their

21 preferred course of action would be to stipulate to remand this case back to the Eighth Judicial

22 District Court and, once done, stipulate to transfer the case to the state court in Kansas.

23     Counsel has reviewed the status of the original Eighth Judicial District Court case, Case No.

24 A-24-908550-C which was removed to this Court, and determined that it was "statistically closed"

25 on February 4, 2025. Counsel believes that the most efficient way to achieve their desired result

26 would be to re-open the Eighth Judicial District Court case, and, once re-opened, remand this case

27 back to state court. Unfortunately, this cannot be accomplished by Monday, June 30, 2025. As

28 such, the parties jointly request that this Court allow the parties an additional fourteen (14) days to

-1-

accomplish the task of re-opening Eighth Judicial District Court Case No. A-24-908550-C and then submitting a stipulation to remand this case back to state court.

This request is being made to further judicial economy and proceed as efficiently and economically as possible.

DATED: June 27, 2025

CARMAN COONEY FORBUSH PLLC

/s/ Sean D. Cooney
_____
SEAN D. COONEY, ESQ.
Nevada Bar No. 12945
JASON LATHER, ESQ.
Nevada Bar No. 12607
4045 Spencer Street, Suite A47
Las Vegas, Nevada 89119
Attorneys for Plaintiff

DATED: June 27, 2025

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY

IT IS SO ORDERED.

DATED the 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY

# Karen M. Berk

| | |
|---|---|
| **From:** | Candela Orio <candela@latherlaw.com> |
| **Sent:** | Friday, June 27, 2025 5:22 PM |
| **To:** | Philip Goodhart; Jason Lather; Sean D. Cooney; Brittany Turner |
| **Cc:** | Karen M. Berk |
| **Subject:** | RE: Reckling v. Key Insurance |

Phil,

Attorney Lather is now leaving his bench trial. However, he wanted me to let you know that he agrees with the 2-week request and we will figure out how to reopen the state court case to proceed with the stipulation as discussed.

Best regards,

Candela Orio
*Legal Assistant*
**LATHER LAW**
4484 S. Pecos Rd.
Las Vegas, NV 89121
Office: (702) 979-3500
Fax: (702) 935-0071

---

**From**: "Philip Goodhart" <png@thorndal.com>
**Sent**: 6/27/25 4:58 PM
**To**: Jason Lather <jason@latherlaw.com>, "'Sean D. Cooney'"<seanc@cooneyforbush.com>, 'Brittany Turner' <brittany@ccfattorneys.com>
**Cc**: "Karen M. Berk" <KMB@thorndal.com>, "Candela@latherlaw.com"<Candela@latherlaw.com>
**Subject**: RE: Reckling v. Key Insurance

Thanks Jason.

Here is a proposed Joint Status Report. Please let me know if it is acceptable and I will get it filed today. It does not have the agreed upon stipulation attached, but I hope that it is adopted as we have requested a 14 day continuance.

Also, as noted, your office will have to re-open the state court case, and I am not sure how that is accomplished.

-Phil.

Philip Goodhart | President | Thorndal Armstrong, PC

**PLEASE NOTE OUR NEW ADDRESS:**

600 S. Las Vegas Boulevard, Suite 400

Las Vegas, NV  89101

1