PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant,
KEY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL RECKLING, an individual and as assignee of GINO GIAMMANCO,<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | Case No. 2:25-cv-00161<br><br>**ORDER GRANTING STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, APRIL RECKLING, by and through her counsel of record, LATHER LAW, and Defendant KEY INSURANCE COMPANY, by and through its counsel of record, THORNDAL ARMSTRONG, PC, that the above-entitled case be remanded to the Eighth Judicial District Court.

DATED: August 4, 2025.                                DATED: August 4, 2025.

LATHER LAW                                              THORNDAL ARMSTRONG, PC


*/s/ Jason Lather*                                      */s/ Philip Goodhart*
_____          _____
JASON LATHER, ESQ.                                   PHILIP GOODHART, ESQ.
Nevada Bar No. 12607                                  Nevada Bar No. 5332
4484 S. Pecos Rd., Suite 171                         600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89121                                    Las Vegas, Nevada 89101
Attorneys for Plaintiff                                    Attorneys for Defendant, KEY INSURANCE COMPANY

. . .

. . .

**ORDER**

IT IS SO ORDERED.

DATED:   August 5, 2025

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY

# Karen M. Berk

| | |
|---|---|
| **From:** | Jason Lather <jason@latherlaw.com> |
| **Sent:** | Monday, August 4, 2025 3:19 PM |
| **To:** | Philip Goodhart; Candela@latherlaw.com; 'Sean D. Cooney'; 'Brittany Turner' |
| **Cc:** | Karen M. Berk |
| **Subject:** | RE: Reckling v. Key Insurance - Stip to Remand |
| **Attachments:** | SAO to Remand Case to State Court.DOC |

Thanks, Phil. I made a change to the signature block since I don't want to speak for Sean. You have my authorization to submit with my e-signature.

Jason Lather

---

**From:** Philip Goodhart <png@thorndal.com>
**Sent:** Monday, August 4, 2025 12:03 PM
**To:** Jason Lather <jason@latherlaw.com>; Candela@latherlaw.com; 'Sean D. Cooney' <seanc@cooneyforbush.com>; 'Brittany Turner' <brittany@ccfattorneys.com>
**Cc:** Karen M. Berk <KMB@thorndal.com>
**Subject:** Reckling v. Key Insurance - Stip to Remand
**Importance:** High

Jason

Attached is the proposed stip/order. Please review. If you are ok with it, then please reply that I can affix your electronic signature. I believe this needs to be filed today.

-Phil.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.